UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X

WINIFRED JIAU,

          Plaintiff,

    v.

MORGAN, LEWIS & BOCKIUS LLP, a limited
liability partnership and JOANNA C. HENDON

          Defendants.

------------------------------------------------- X

Case No. 12 cv 7335

Hon. Loretta A. Preska

**RULE 7.1 STATEMENT**

ECF

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that no publicly held corporation owns 10% or more of Defendant Morgan, Lewis & Bockius LLP.

Dated: New York, New York
       October 5, 2012

                                **MORGAN, LEWIS & BOCKIUS LLP**

                                By:  /s/ Shana R. Cappell
                                    Shana R. Cappell (SC-8913)
                                    Kevin T. Rover
                              101 Park Ave.
                              New York, New York 10178
                              E-mail: scappell@*morganlewis.com*
                              Telephone: (212) 309-6000

                              *Attorneys for Defendants Morgan, Lewis & Bockius*
                              *LLP and Joanna C. Hendon*