UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
WINIFRED JIAU,

                Plaintiff,

    -against-

MORGAN, LEWIS & BOCKIUS LLP and JOANNA C. HENDON,

                Defendants.
------------------------------------------------------------------- X

Case No. 12-cv-7335 (PAE)

ECF Case

## **NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and Affirmation of Shana R. Cappell, Defendants Morgan, Lewis & Bockius LLP and Joanna C. Hendon will move this Court before the Honorable Paul A. Engelmayer, United States District Judge, 40 Foley Square, New York, New York 10007, Courtroom 1305, at 9:30 A.M. on June 17, 2013, for an Order dismissing the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) in its entirety, and for other and further relief as this Court may deem just and proper.

Pursuant to Judge Engelmayer's Individual Rules and Practices in Civil *Pro Se* cases, opposing papers shall be served and filed by June 3, 2013 and reply papers shall be served and filed within two weeks of receipt of the opposition papers.

Dated: May 6, 2013
      New York, New York

                Respectfully submitted,

                MORGAN, LEWIS & BOCKIUS LLP

                By: /s/ *Kevin T. Rover*
                Kevin T. Rover
                Shana R. Cappell
                101 Park Avenue
                New York, NY 10178
                (212) 309-6000 (Phone)
                (212) 309-6001 (fax)

                *Counsel for Morgan, Lewis & Bockius LLP and Joanna C. Hendon*