```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WINIFRED JIAU,

                           Plaintiff,

            -v-

JOANNA C. HENDON,

                           Defendant.

------------------------------------------------------------X

12 Civ. 7335 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

In light of the Court's October 21, 2013 order dismissing Morgan, Lewis & Bockius, LLP from the case, Dkt. 57, the caption is hereby changed to reflect the fact that Joanna C. Hendon is the sole remaining defendant.

SO ORDERED.

Dated: October 23, 2013
       New York, New York

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge